LEONARDO M. RAPADAS
United States Attorney
MARIVIC P. DAVID
Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortez Avenue
Hagåtña, Guam 96910
Telephone: (671) 472-7332
Telecopier: (671) 472-7334

Attorneys for United States of America

**FILED**
DISTRICT COURT OF GUAM

AUG 26 2005

MARY L.M. MORAN
CLERK OF COURT

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> Plaintiff, ) <br> vs. ) <br> JOANNAMARIE A. TEJADA, ) <br> Defendant. ) | CRIMINAL CASE NO. 04-00048 <br><br> **STIPULATION OF PARTIES TO CONTINUE SENTENCING HEARING; AND ORDER** |

The parties in the above-entitled matter, the United States of America, and the defendant, through her counsel, Jacqueline T. Terlaje, hereby stipulate to continue the sentencing hearing currently scheduled for September 6, 2005, and that it be rescheduled to a date at least one (1) month thereafter to be selected by the court. The parties make this request for the reason that such additional time is required to review and file objections, if any, to the presentence report

//
//
//
//
//
//
//

ORIGINAL

submitted on August 23, 2005. Further, the parties are assessing the extent of defendant's cooperation which will assist the court at sentencing.

SO STIPULATED.

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and CNMI

DATE: 8/26/05

By: /s/
MARIVIC P. DAVID
Assistant U.S. Attorney

DATE: 8/26/05

/s/
JACQUELINE T. TERLAJE
Attorney for Defendant