UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA<br>Plaintiff,<br><br>vs.<br><br>JOANNAMARIE ALEJO TEJADA<br>Defendant. | USDC Cs. No. 04-00048-001<br><br>INFORMATION REPORT |

On October 15, 2004, JoannaMarie Alejo Tejada made an Initial Appearance before Magistrate Judge Joaquin V. E. Manibusan Jr. on an Indictment charging her with Count I: Conspiracy To Import Methamphetamine, in violation of 21 U.S.C. §952(a), 960, 963 and Count Count II: Importation of Methamphetamine, in violation of 21 U.S.C. §952(a) and 960. The defendant was granted pretrial release with conditions. She is alleged to have violated the following condition:

**Special condition:** *Refrain from use or unlawful possession of a narcotic drug or other controlled substances defined in 21 U.S.C. §802, unless prescribed by a licensed medical practitioner.* On August 11, 2005, the defendant tested presumptively positive for the use of methamphetamine and admitted in writing to using "ice" on August 9, 2005.

**Supervision Compliance:** The probation officer has no information that suggests that she has not complied with other conditions of pretrial release.

**Recommendation:** This report is informational in nature and the probation officer respectfully requests that no action be taken at this time.

Respectfully submitted,

FRANK MICHAEL CRUZ
Chief U.S. Probation Officer

By: GRACE D. FLORES
U.S. Probation Officer

Reviewed by:

ROSSANNA VILLAGOMEZ-AGUON
U.S. Probation Officer
Supervision Unit Leader

cc: Karon Johnson, AUSA
Federal Public Defender
File