ORIGINAL

LEONARDO M. RAPADAS
United States Attorney
MARIVIC P. DAVID
Assistant U.S. Attorney
Sirena Plaza Suite 500
108 Hernan Cortez Avenue
Hagatna, Guam 96910
Telephone: (671) 472-7332
Telecopier: (671) 472-7334
Attorneys for United States of America

FILED
DISTRICT COURT OF GUAM
SEP - 1 2005
MARY L.M. MORAN
CLERK OF COURT

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CRIMINAL CASE NO. 04-00048 |
| Plaintiff, ) | |
| vs. ) | GOVERNMENT'S MOTION FOR A DOWNWARD DEPARTURE UNDER USSG § 5K1.1 AND 18 U.S.C. § 3553(e) |
| JOANNAMARIE ALEJO TEJADA, ) | |
| Defendant. ) | |

Comes now the United States and moves, pursuant to USSG § 5K1.1 and 18 U.S.C. § 3553(e), for a downward departure from the applicable total offense level to Level 17 which will yield an advisory guideline range of 24 to 30 months with Criminal History Category I. The government intends to recommend the minimum term under said range, and the reasons for such recommendation are set forth in a memorandum, which the government is seeking to lodge under seal for reasons of security.

RESPECTFULLY SUBMITTED this ___1st___ day of September 2005.

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and CNMI

By: _____
MARIVIC P. DAVID
Assistant U.S. Attorney