ORIGINAL

LEONARDO M. RAPADAS
United States Attorney
MARIVIC P. DAVID
Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortez
Hagåtña, Guam 96910-5113
PHONE: 472-7332
FAX: 472-7334

Attorneys for the United States of America

FILED
DISTRICT COURT OF GUAM
SEP - 1 2005
MARY L.M. MORAN
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT

FOR THE TERRITORY OF GUAM

| UNITED STATES OF AMERICA, | ) | CRIMINAL CASE NO. 04-00048 |
|---|---|---|
| Plaintiff, | ) | |
| vs. | ) | GOVERNMENT'S RESPONSE TO PRESENTENCE INVESTIGATION REPORT; AND MOTION FOR ADDITIONAL ONE-LEVEL DEPARTURE FOR ACCEPTANCE OF RESPONSIBILITY |
| JOANNAMARIE ALEJO TEJADA, | ) | |
| Defendant. | ) | |

Comes now the United States and adopts the findings of the Presentence Investigation Report with the following exceptions:

The defendant has assisted authorities in the investigation and prosecution of her own misconduct by notifying authorities of her intention to enter a plea of guilty, thereby permitting the government to avoid preparing for trial and permitting the government and the court to allocate their resources efficiently. Paragraph 46 correctly reflects that the total downward

//
//
//

adjustment for defendant's acceptance of responsibility is a three-level decrease of the offense level under USSG § 3E1.1(a) and (b).

Dated this 1st day of September 2005.

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and CNMI

By: /s/
MARIVIC P. DAVID
Assistant U.S. Attorney