**DISTRICT COURT OF GUAM**

FILED
DISTRICT COURT OF GUAM
APR 18 2006
MARY L.M. MORAN
CLERK OF COURT

**TERRITORY OF GUAM**

| | |
|---|---|
| UNITED STATES OF AMERICA, | CRIMINAL CASE NO. 04-00048 |
| Plaintiff, | |
| vs. | **ORDER** |
| JOANNAMARIE ALEJO TEJADA, | |
| Defendant. | |

On January 17, 2006, the Court received payment in the amount of $25.00 through U.S. Treasury's Intra-Governmental Payment and Collection (IPAC) System. In accordance with the Internal Control Manual and the Bureau of Prison's payment report (Exhibit A), said payment was applied toward deposit fund 6855XX since the Defendant's special assessment obligation was paid in full.

Subsequently, the Clerk's Office verified with the U.S. Attorney's Financial Litigation Unit (FLU) that said payment was an overpayment of her special assessment fee. Accordingly, the Clerk of Court is hereby ordered to refund Defendant Joannamarie Alejo Tejada, in the amount of $25.00. In accordance with the Inmate Financial Responsibility Program, the Clerk of Court is further ordered to disburse the overpayment refund to the Federal Bureau of Prisons, P.O. Box 474701, Des Moines, Iowa, 50947-0001.

DATED this 18th day of April, 2006

JOAQUIN V. E. MANIBUSAN, JR.
U.S. MAGISTRATE JUDGE

**ORIGINAL**

FMIS DEBT MANAGEMENT MODULE
BOP INMATE OFFSET PROGRAM
MONTHLY PAYMENT REPORT BY COLLECTION OFFICE
AS OF 12/23/05 AT 11:38:54
FROM 20051201 TO 20051230

COLLECTION OFFICE CODE: GU
COLLECTION OFFICE NAME: U.S. ATTORNEY GUAM

II-CLERK OF COURT PAYMENTS

| USAO NUMBER | NAME OF DEBTOR | PAYMENT DATE | PAYMENT AMOUNT | DEPOSIT-NO | BOP INMATE REG. NO. | DOCKET/COURT-NO | AGENCY CODE | CDA CODE | INSTITUTION NAME |
|---|---|---|---|---|---|---|---|---|---|
| | BATOYON, VIVIEN R | 2005/12/07 | $25.00 | 187 06-031 | 02331-093 | CR-03-00031 | XXXX | XCVF | FCI, PHOENIX |
| | BLAS, PAUL TORRES | 2005/12/12 | $25.00 | 159 06-031 | 01193-093 | CR-04-00019 | XXXX | XCVF | FCI, SAFFORD |
| | BORJA, MARLENE R | 2005/12/12 | $25.00 | 111 06-031 | 01460-093 | CR-02-00059 | XXXX | XCVF | FDC HONOLULU |
| | DELA PENA, ISAGANI P | 2005/12/06 | $25.00 | 105 06-031 | 00944-093 | 00-00126-001 | XXXX | XCVF | USP, ATWATER |
| | DUENAS, JESSE JESUS | 2005/12/09 | $25.00 | 231 06-031 | 02369-093 | CR-03-00051 | XXXX | XCVF | FCI, MCKEAN |
| | ESPANGEL, ESTHER E | 2005/12/09 | $50.00 | 145 06-031 | 02491-093 | CR-04-00059 | XXXX | XRCM | FCI, DANBURY |
| | ESPINOSA, RUPERTO A | 2005/12/06 | $50.00 | 105 06-031 | 02443-093 | CR-01-00063-003 | XXXX | XCVF | USP, ATWATER |
| | GONZALEZ-CONTRERAS, | 2005/12/06 | $25.00 | 462 06-031 | 21115-112 | CR-02-00026-001 | XXXX | XCVF | FCI, EDGEFIELD |
| | GUERRERO, JAMES NINE | 2005/12/12 | $25.00 | 262 06-031 | 03744-045 | 1:97CR00094-001 | XXXX | XRFA | USP, FLORENCE |
| | JONES, MARJORIE ANN | 2005/12/12 | $25.00 | 111 06-031 | 02290-093 | CR-02-00083 | XXXX | XCVF | FDC HONOLULU |
| | KUSTERBECK, JENNIFER | 2005/12/13 | $50.00 | 122 06-031 | 02361-093 | CR-03-00046-001 | XXXX | XCVF | FCI, DUBLIN |
| | MANIBUSAN, MARILYN D | 2005/12/13 | $25.00 | 122 06-031 | 02295-093 | CR-02-00012-002 | XXXX | XCVF | FCI, DUBLIN |
| | MCGREW, CHONG | 2005/12/13 | $75.00 | 122 06-031 | 01224-093 | CR-04-00002-001 | XXXX | XCVF | FCI, DUBLIN |
| | MEREP, PEDRO | 2005/12/12 | $25.00 | 441 06-031 | 01354-093 | 1:97CR00039-001 | XXXX | XCVF | FCI, FORT DIX |
| | PANGELINAN, JOHN GER | 2005/12/13 | $25.00 | 167 06-031 | 00460-005 | CR-04-00018-001 | XXXX | XCVF | USO VICTORVILLE |
| | QUINTANILLA, FAYE CR | 2005/12/13 | $25.00 | 122 06-031 | 02315-093 | CR-02-00074 | XXXX | XCVF | FCI, DUBLIN |
| | SANTOS, RICHARD J | 2005/12/09 | $25.00 | 463 06-031 | 02447-093 | CR-04-00023 | XXXX | XRFA | BML, BEAUMONT |
| | SANTOS, WILMA AGUILA | 2005/12/13 | $25.00 | 122 06-031 | 21827-112 | CR-04-00005 | XXXX | XCVF | FCI, DUBLIN |
| | SHELTON, AUSTIN J | 2005/12/09 | $25.00 | 230 06-031 | 02120-093 | 01-00007-001 | XXXX | XRNF | FCI, SHERIDAN |
| | SIMOY, DENNIS SANTAN | 2005/12/06 | $25.00 | 105 06-031 | 00702-093 | CR-92-00010 | XXXX | XRFA | USP, ATWATER |
| | TEJADA, JOANNAMARIE | 2005/12/12 | $25.00 | 111 06-031 | 02442-093 | CR-04-00048-001 | XXXX | XCVF | FDC HONOLULU |
| | TOLENTINO, EMMANUEL | 2005/12/09 | $25.00 | 230 06-031 | 02449-093 | CR-04-0025 | XXXX | XCVF | FCI, SHERIDAN |
| * | TUNCAP, JOSEPH G | 2005/12/09 | $126.32 | 230 06-032 | 00417-093 | 98-00307-001 | XXXX | XRNF | FCI, SHERIDAN |

\* \* \* EXHIBIT A \* \* \*